No. 647. LAS PALMAS FOOD CO., INC., ET AL. *v.* RAMIREZ & FERAUD CHILI Co. C. A. 9th Cir. Certiorari denied. *Bernard Kriegel* for petitioners. *Ford W. Harris, Jr.* for respondent.

No. 663. COLONIAL LIFE & ACCIDENT INSURANCE Co. *v.* WILSON. C. A. 5th Cir. Certiorari denied. *Sam Rice Baker* and *S. Augustus Black* for petitioner. *Truman Hobbs* for respondent.

No. 62, Misc. BARNES *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Warren Olney, III*, then Assistant Attorney General, *Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 113, Misc. WYATT *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied. Petitioner *pro se. Kenneth C. Patty,* Attorney General of Virginia, and *Thomas M. Miller,* Assistant Attorney General, for respondent.

No. 372, Misc. THOMAS *v.* DAVIS, COMMANDANT, U. S. DISCIPLINARY BARRACKS. C. A. 10th Cir. Certiorari denied. *Thomas Homer Davis* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for respondent.

No. 117, Misc. BURWELL *v.* TEETS, WARDEN, *ante,* p. 896. Petition for rehearing as amended by letter of December 30, 1957, denied.